UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ELWOOD BENNETT,

    Plaintiff,

    v.                                        Case No. 20-cv-0260-bhl

CO ROJAS,

    Defendant.

## ORDER

Plaintiff Elwood Bennett is proceeding with a claim defendant CO Rojas violated his civil rights by repeatedly failing to provide proper medical care for his mental illness. Dkt. No. 7 at 4. On February 2, 2021, the Court ordered Bennett to sign and return to defense counsel within 14 days a medical authorization giving access to his medical records. Dkt. No. 32. The Court warned Bennett that failure to comply with the order would result in dismissal of the case for failure to prosecute. *Id*. The Court also ordered the defendant to promptly notify the Court if he did not receive a signed authorization from Bennett. *Id*.

On March 1, 2021, the Court received a letter from defense counsel stating that Bennett still has not complied with the Court's order. Dkt. No. 33. The Court will therefore dismiss this case with prejudice based on Bennett's failure to prosecute the case.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** with prejudice based on the plaintiff's failure to prosecute the case. The clerk's office will enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 2nd day of March, 2021.

                                                                    s/ *Brett H. Ludwig*
                                                                      Brett H. Ludwig
                                                                      United States District Judge